## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17-cr-00224-DCN |
| | ) | |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| DARNELL WAKAI JOSEPH PLUFF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 15, 2018, Defendant appeared before the undersigned United States

Magistrate Judge to enter a change of plea pursuant to a Notice of Intent to Enter Plea of

Guilty. Defendant executed a written waiver of the right to have the presiding United

States District Judge take his change of plea. Thereafter, the Court explained to

Defendant the nature of the charges, the maximum penalties applicable, his constitutional

rights, the effect of the Sentencing Guidelines, and that the District Judge would not be

bound by any agreement of the parties as to the penalty to be imposed. Further, the

undersigned ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant

and his counsel, and counsel for the United States, the Court concludes that there is a

factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with

full knowledge of the consequences, and that the plea should be accepted. The

undersigned also ordered a pre-sentence investigation to be conducted and a report

prepared by the United States Probation Office.

**REPORT AND RECOMMENDATION - 1**

## RECOMMENDATION

## NOW THEREFORE IT IS HEREBY RECOMMENDED:

1. The District Court accept Defendant's plea of guilty to Count One of the Indictment (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.



DATED: **May 15, 2018**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**REPORT AND RECOMMENDATION - 2**